154 So.2d 45

**Odell CARTER et al.**

v.

**BOARD OF TRUSTEES OF POLICEMEN AND FIREMEN'S RETIREMENT FUND OF CITY OF GADSDEN et al.**

**7 Div. 613.**

Supreme Court of Alabama.

May 30, 1963.

George Murphy and Jas. B. Waid, Gadsden, for petitioners.

Lusk, Swann & Burns, Gadsden, opposed.

HARWOOD, Justice.

Petition of Odell Carter and another for certiorari to the Court of Appeals to review and revise the judgment and decision in Carter, et al. v. Board of Trustees of the Policemen and Firemen's Retirement Fund, et al., Ala.App., 154 So.2d 43.

Writ Denied.

LIVINGSTON, C. J., and SIMPSON and MERRILL, JJ., concur.